

# IN THE
# TENTH COURT OF APPEALS

### No. 10-07-00354-CR

**INA LEE TURNER,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 361st District Court
Brazos County, Texas
Trial Court No. 06-06200-CRF-361**

## MEMORANDUM OPINION

Ina Lee Turner perfected this appeal from his conviction for felony driving while intoxicated. He has since died in prison. Turner's counsel has filed a motion to abate the appeal supported by a certified copy of Turner's death certificate. *See Freeman v. State*, 11 S.W.3d 240, 240 (Tex. Crim. App. 2000) (per curiam). Turner's death deprives this Court of jurisdiction. *Id.* Accordingly, the motion is granted, and this appeal is permanently abated. *See* TEX. R. APP. P. 7.1(a)(2); *Freeman*, 11 S.W.3d at 240.

FELIPE REYNA
Justice

Before Chief Justice Gray,
     Justice Vance, and
     Justice Reyna
Appeal permanently abated
Opinion delivered and filed October 1, 2008
Do not publish
[CRPM]